UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

    MATTHEW T. GOODEMOTE,        Chapter 13
                                                Case No. 14-60735-6-dd

                            Debtor.

NOTICE OF APPEARANCE
and
REQUEST FOR SERVICE OF PAPERS

    PLEASE TAKE NOTICE, that MacKenzie & Tallent (Charles J. Tallent, of counsel) hereby appears as attorney for **PATRIOT FEDERAL BANK** ("PFB"), a secured creditor herein, and requests that, pursuant to Federal Rules of Bankruptcy Procedure Rule 2002 and Local Rule 202.1, his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be served on the undersigned.

    PLEASE TAKE FURTHER NOTICE, that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise.

Dated: Canajoharie, New York
        May 6, 2014

                                                    MacKENZIE & TALLENT
                                                    (Charles J. Tallent, of counsel)
                                                     Attorneys for Patriot Federal Bank
                                                     42 Church Street, P.O. Box 330
                                                     Canajoharie, New York 13317
                                                     (518) 673-5656

TO:   JOHN B. ROBESON, ESQ.
      (Brott & Robeson, of counsel)
      Attorney for Debtor
      2 South Market Street
      Johnstown, NY 12095

      MARK W. SWIMELAR, ESQ.
      Chapter 13 Trustee
      250 South Clinton Street
      Suite 203
      Syracuse, New York 13202

      U.S. TRUSTEE
      U.S. Courthouse, Room 105
      10 Broad Street
      Utica, New York 13501