UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:  Matthew T. Goodemote                    Case No. 14-60735
                                                Chapter 13

                Debtor(s).

## NOTICE OF TIME FIXED FOR FILING OBJECTIONS TO AND THE HEARING TO CONSIDER CONFIRMATION OF CHAPTER 13 PLAN DATED June 4, 2014

PLEASE TAKE NOTICE that Debtor Matthew T. Goodemote (the "Debtor"), has filed a proposed Chapter 13 Plan and is seeking an Order of Confirmation of the Plan, which, among other provisions, proposes to do the following, if checked:

- ☐ Value Collateral to Establish Amount of Secured Claims
- ☐ Set the Interest Rates for Secured Claims
- ☒ Assume and/or Reject Unexpired Leases and Executory Contracts.

Hereinafter the matters checked are referred to as "Allowed Contested Matters."

A hearing to consider Confirmation of the Chapter 13 Plan and any objections timely filed not later than 7 days prior to the hearing will be held on  07/22/14 , at 10 :30  a.m. or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court for the Northern District of New York, 10 Broad St., Room 236, Utica, NY                    .

Your rights may be affected.  You should read the Plan carefully and consult with an attorney as to its legal effect.

If you do not want the Court to grant the relief requested, or, if you want the Court to consider your views on confirmation of the Chapter 13 Plan, a written objection explaining your objection and the legal basis therefor must be filed with the Bankruptcy Court Clerk's Office not later than 7 days prior to the hearing:

O:LR3015C(11/26/2011)                                                                                        1

If you mail your objection to the Court for filing, you must mail it early enough so that the Court receives it not later than seven (7) days prior to the above hearing date and serve a copy of your objection upon the Debtor(s) and Debtor's Counsel, _John B. Roberson_, Esq. You must also attend the hearing.

If no written objection is filed, or if no appearance is made in support of an objection, the Court without further hearing may enter an order confirming the Chapter 13 Plan that includes the Allowed Contested Matters.

Dated: Jun 4, 2014

Attorney for Debtor

TO: Creditors Affected by an Allowed Contested Matter served pursuant to Local Bankruptcy Rule 3015-1(e):

(Local Bankruptcy Rule 3015-1(c)(2) requires that a certificate of service of this notice be filed with the Court not later than seven (7) days prior to the confirmation hearing)